**COMMONWEALTH of Pennsylvania,** Respondent

v.

**Shaun Berkley FREEMAN, Petitioner**

**No. 853 MAL 2016**

Supreme Court of Pennsylvania.

May 15, 2017

## ORDER

PER CURIAM

**AND NOW**, this 15th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,** Respondent

v.

**DUNG THACH, Petitioner**

**No. 527 EAL 2016**

Supreme Court of Pennsylvania.

May 15, 2017

## ORDER

PER CURIAM

**AND NOW**, this 15th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,** Respondent

v.

**Chris PLUNKETT, Petitioner**

**No. 558 EAL 2016**

Supreme Court of Pennsylvania.

May 15, 2017

## ORDER

PER CURIAM

**AND NOW**, this 15th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**